

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2014

No. 04-14-00595-CR

Guadalupe **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7210
Honorable Lorina I. Rummel, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's pro se Motion for Leave to File Late Notice of Appeal is DENIED.

    It is so **ORDERED** on October 1, 2014.

_Sandee Bryan Marion_, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2014.

Keith E. Hottle, Clerk